IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|    Erica Nicole Ross | : | |
| | : | |
| | : | Case No.:  20-10641MDC |
| Debtor(s) | : | |

APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

      Brad J. Sadek, Esquire applies under §330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The Debtor filed a petition under the Bankruptcy Code on January 31, 2020.

3. The Debtor's annualized current monthly income as set forth on Form B22C is:

   \_\_\_\_    above median (the amount on line 15 is not less than the amount on line 16)

   \_\_X\_\_    below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4,250.00 for providing the following services: Including but not limited to interviews with the Debtor, preparation and filing of the Debtor's Petition and plan, plan analysis, appearance at the section 341 meeting, amendments, review of proof of claims and confirmation process, as well as related bankruptcy legal services.

6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses:

7. The Debtor paid Applicant $1,210.00, plus filing fees, prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

   WHEREFORE, Applicant requests an award of $3,040.00 in further compensation and of $0.00 in reimbursement of actual, necessary expenses.

Dated: April 23, 2020                               /s/ Brad J. Sadek, Esquire
                                                    Brad J. Sadek, Esquire
                                                    Sadek and Cooper
                                                    1315 Walnut Street
                                                    Suite #502
                                                    Philadelphia, PA 19107
                                                    215-545-0008